Argued March 27, decided April 9, rehearing denied May· 14, 1912.

## CARPENTER v. DEVLIN.

[122 Pac. 756.]

APPEAL AND ERROR—REVIEW—DISREGARDING ERRORS.

Where the Supreme Court, after an examination of the evidence in an action, is satisfied that a correct verdict was returned and a proper judgment given, the judgment will be affirmed, without considering alleged errors, under the express provisions of Article VII, Section 3 of the Constitution, as amended November 8, 1910.

From Multnomah: CALVIN U. GANTENBEIN, Judge.

This is an action for money by James E. Carpenter and Blanche E. Jones against John H. Devlin and William A. Firebaugh, partners under the firm name of Devlin & Firebaugh. From a judgment in favor of plaintiffs, defendants appeal.    AFFIRMED.

For appellants there was a brief over the names of Messrs. Moser & McCue and Mr. William A. Williams, with an oral argument by Mr. Williams.

For respondents there was a brief over the names of Mr. Albert H. Tanner and Messrs. Johnson & Van Zante, with oral arguments by Mr. Tanner and Mr. Johnson.

MR. JUSTICE MCBRIDE delivered the opinion of the court.

We have carefully considered the arguments and briefs of counsel in this case, and are satisfied that the complaint states a good cause of action in favor of both the plaintiffs; and an examination of the evidence satisfies us that a correct verdict was returned and a proper judgment given. This renders it unnecessary to discuss the alleged errors assigned, and in accordance with Article VII, Section 3 of the constitution, as amended November 8, 1910, the judgment will be affirmed.

AFFIRMED: REHEARING DENIED.